452 A.2d 1074

Commonwealth v. Harrison, Appellant.

Submitted May 4, 1982. David Samuel Dessen, for appellant; Robert B. Lawler, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, ROWLEY and CIRILLO, JJ.

Order affirmed.

452 A.2d 1074

Commonwealth v. Hutchins, Appellant.

Submitted February 18, 1982. Patricia M. Dugan, for appellant; Steven J. Cooperstein, Assistant District Attorney, for Commonwealth, appellee.

Before JOHNSON, MONTEMURO and MONTGOMERY, JJ.

The judgment of sentence is affirmed.